THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                         CASE NO.: 24-18468--RAM

FL BAR NO.: 377546

FELIX ARBUCIAS  **Debtor.**            **Chapter  13**

_____/

## NOTICE OF APPEARANCE

HOWARD S. TOLAND, ESQUIRE of the law firm of MITRANI, RYNOR, ADAMSKY & TOLAND,  P.A., enters his appearance as counsel for BANKUNITED, NA  , creditor in the above-styled cause, pursuant to Section 1109 (b) of the United States Bankruptcy Code and Bankruptcy Rule 9010(B) and such counsel hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and Section 1109 (b) of the Bankruptcy Code, that all notices given or required to be given in this case, and all papers, pleadings, motions and applications served or required to be served, be given to and served upon the undersigned at the address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to the United States Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which would affect or seem to affect in any way interests of the Creditor with respect to the Debtors or any related entity, the property of the Debtors, or any of the Creditor's collateral or interest with respect to the Debtors or its property or proceeds thereof or property in which the Debtors may claim an interest.

1

This appearance and request for notice is without prejudice to the Creditor's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit the Creditor to the jurisdiction of the court. All rights, remedies and claims are hereby expressly reserved.

                                        MITRANI, RYNOR, ADAMSKY & TOLAND, P.A.
                                        Attorneys for BANKUNITED NA
                                        Htoland@mitrani.com
                                        301 Arthur Godfrey Road, # PH
                                        Miami Beach , FL  333140
                                        (954) 335-1010/ (305) 358-0050

                              BY:   /s/Howard S. Toland
                                      HOWARD S. TOLAND, ESQUIRE
                                      FL Bar No. 377546